IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03134-DDD-STV

OTTER PRODUCTS, LLC and
TREEFROG DEVELOPMENTS, INC.,

       Plaintiffs,

v.

SIMPLE CELL INC.,
NICK SKELLY, and
JOHN DOES 1-10, individually or as corporate/business entities,

       Defendants.

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

Plaintiffs Otter Products, LLC and Treefrog Developments, Inc. and Defendants Simple Cell, Inc. and Nicholas Skelly, by their respective undersigned attorneys, hereby stipulate, pursuant to F.R.Civ. P. 41(a)(1)(A)(ii), to the dismissal of all claims in the above captioned case, without prejudice. The parties further agree that the parties shall bear their own costs, expenses, and legal fees.

Respectfully submitted on July 24, 2019.

| | |
|---|---|
| VORYS, SATER, SEYMOUR and PEASE LLP | MILES & STOCKBRIDGE P.C. |
| s/ *Tyler B. Pensyl*_____ | s/ *Robert S. Brennen*_____ |
| Tyler B. Pensyl | Robert S. Brennen |
| 52 East Gay Street | 100 Light Street |
| Columbus, Ohio 43215 | Baltimore, MD 21202 |
| Phone: (614) 464-6334 | Phone: (410) 385-3653 |
| Fax: (614) 719-5072 | Fax: (410) 698-1352 |
| Email: tbpensyl@vorys.com | Email: rbrennen@milesstockbridge.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

2

| | |
|---|---|
| BROWNSTEIN HYATT FABER SCHRECK LLP | MICHAEL BEST & FRIEDRICH, LLP |
| s/ *Martha L. Fitzgerald* | s/ *Alexander C. Clayden* |
| Martha L. Fitzgerald | Alexander C. Clayden |
| 410 Seventeenth Street, Suite 2200 | 1776 Lincoln Street, Suite 1100 |
| Denver, Colorado 80202-4432 | Denver, Colorado 80203 |
| Phone: (303) 223-1472 | Phone: (720) 745-4877 |
| Email: mfitzgerald@bhfs.com | Fax: (877) 398-5240 |
| | Email: acclayden@michaelbest.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |